No. 88–6113. COBB *v.* NIZAMI ET AL. C. A. 4th Cir. Motion of NAACP Legal Defense and Educational Fund for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 88–6133 (A–532). TROTZ *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA. C. A. 3d Cir. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied. Certiorari denied.

No. 88–6281. LAYTON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. JUSTICE KENNEDY took no part in the consideration or decision of this petition.